IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES LEE WILLIAMS, ) | No. C 06-5825 MMC (PR) |
| Petitioner, ) ) | **ORDER DENYING MOTION FOR APPOINTMENT OF COUNSEL** |
| v. ) ) | |
| ANTHONY J. MALFI, ) | **(Docket No. 2)** |
| Respondent. ) ) | |

On September 22, 2006, petitioner, a California prisoner proceeding pro se, filed the above-titled petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254; that same date, petitioner filed a Request for Appointment of Counsel. On January 5, 2007, the Court ordered respondent to show cause why the petition should not be granted based on petitioner's four cognizable claims. On April 13, 2007, the Court granted petitioner leave to file an amended petition or a motion to stay the case. The Court now addresses petitioner's request for appointment of counsel.

The Sixth Amendment's right to counsel does not apply in habeas actions. Knaubert v. Goldsmith, 791 F.2d 722, 728 (9th Cir.), cert. denied, 479 U.S. 867 (1986). Pursuant to statute, however, a district court is authorized to appoint counsel to represent a habeas petitioner whenever "the court determines that the interests of justice so require and such person is financially unable to obtain representation." See 18 U.S.C. § 3006A(a)(2)(B).

Here, petitioner's claims were adequately presented in the petition. Consequently, the interests of justice do not require appointment of counsel in the instant case, and the Request for Appointment of Counsel is hereby DENIED. Should the circumstances change materially at a later stage of the litigation, the Court will reconsider this decision sua sponte.

This order terminates Docket No. 2.

IT IS SO ORDERED.

DATED: May 18, 2007

MAXINE M. CHESNEY
United States District Judge