IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CHARLES LEE WILLIAMS,

        Petitioner,

  v.

ANTHONY J. MALFI, Warden,

        Respondent.
                                         /

No. CV-06-5825 MMC (PR)

**JUDGMENT IN A CIVIL CASE**

    **( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED** the petition for a writ of habeas corpus is hereby DENIED.

Dated: August 25, 2009                            Richard W. Wieking, Clerk

                                                                         *Tracy Lucero*

                                                                         By: <u>Tracy Lucero</u>
                                                                            <u>Deputy Clerk</u>