1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CHARLES LEE WILLIAMS,    )    No. C 06-5825 MMC (PR)
                         )
            Petitioner,  )    **ORDER DENYING CERTIFICATE**
                         )    **OF APPEALABILITY**
    v.                   )
                         )
ANTHONY J. MALFI, Warden )
                         )
            Respondent.  )
_____ )

On September 22, 2006, petitioner, a California prisoner proceeding pro se, filed the

above-titled petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On August

25, 2009, the Court denied the petition on the merits.

Petitioner has now filed a notice of appeal, which the Court construes as including a

request for a certificate of appealability pursuant to 28 U.S.C. § 2253(c) and Federal Rule of

Appellate Procedure 22(b). See United States v. Asrar, 116 F.3d 1268, 1270 (9th Cir. 1997).

A certificate of appealability will not issue. Petitioner had not demonstrated that "reasonable

jurists would find the district court's assessment of the constitutional claims debatable or

wrong." Slack v. McDaniel, 529 U.S. 473, 484 (2000).

Accordingly, the request for a certificate of appealability is hereby DENIED.

//

//

//

The Clerk shall forward this order, along with the case file, to the United States Court of Appeals for the Ninth Circuit, from which petitioner may also seek a certificate of appealability. Petitioner may also file a motion with the Ninth Circuit to proceed in forma pauperis pursuant to Federal Rule of Appellate Procedure 24(a)(5).

**IT IS SO ORDERED.**

DATED: January 14, 2010

MAXINE M. CHESNEY
United States District Judge