1

2

3

4                          UNITED STATES DISTRICT COURT

5                        NORTHERN DISTRICT OF CALIFORNIA

6

7     CHARLES LEE WILLIAMS,                    Case No.  15-cv-03013-JCS

            Plaintiff,
8                                              (also filed in Case Nos. 04-cv-0117-MMC,
            v.                                 06-cv-5825-MMC, and 09-cv-3194-MMC)
9

10    ROY SCHEINGART, et al.,                  **ORDER OF SUA SPONTE REFERRAL**
                                               **AS TO WHETHER CASES ARE**
            Defendants.                        **RELATED**
11

12          Civil Local Rule 3-12(c) provides that "[w]henever a Judge believes that a case pending

13    before that Judge is related to another case, the Judge may refer the case to the Judge assigned to

14    the lowest-numbered case with a request that the Judge assigned to the lowest-numbered case

15    consider whether the cases are related."

16          Charles Lee Williams filed a Petition and other documents in this action challenging the

17    propriety of his 2002 arrest for armed robbery, 2003 conviction in state court, and subsequent

18    incarceration.  Williams has previously filed two petitions for habeas corpus and a claim under 42

19    U.S.C. § 1983 related to his arrest.  Each of those cases was assigned to the Honorable Maxine

20    Chesney, United States District Judge, who dismissed Williams's § 1983 claim because it would

21    imply the invalidity of his conviction, denied his first habeas petition on the merits, and dismissed

22    his second habeas petition for failure to obtain leave from the Ninth Circuit pursuant to 28 U.S.C.

23    § 2244.

24          Because the present case and the previous three cases all arise from the same arrest and

25    conviction, this action is REFERRED to Judge Chesney pursuant to Rule 3-12(c) for a

26    determination of whether this action is related to any or all of the following cases: (1) *Williams v.*

27    *City of Oakland*, No. 04-cv-00117-MMC; (2) *Williams v. Malfi*, No. 06-cv-5825-MMC; and/or

28    (3) *Williams v. Walker*, No. 09-cv-3194-MMC.

United States District Court
Northern District of California

Any party may file a response, opposition, or statement in support of relating the cases **no later than November 2, 2015**.[1]

**IT IS SO ORDERED.**

Dated: October 27, 2015

_____
JOSEPH C. SPERO
Chief Magistrate Judge

United States District Court
Northern District of California

---

[1] The undersigned has also issued a Report and Recommendation in this case, recommending that the case be dismissed without leave to amend.  If Judge Chesney determines that the cases are not related, this case will be reassigned to a randomly selected United States district judge for further proceedings, including action on that recommendation.

2